UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00202

**George M. Cantu, Jr.,**
*Plaintiff,*

v.

**Pennie Kempt et al.,**
*Defendants.*

### ORDER

Plaintiff brought this suit pursuant to 42 U.S.C. § 1983, alleging that defendants committed, among other things, "beatings, rape, [and] injection[s]" from 2015 to 2023. Plaintiff further alleged that defendant Charles Meador II abused plaintiff and his family members from 2015 to 2023. Doc. 37 at 3. The case was referred to United States Magistrate Judge John D. Love.

The magistrate judge issued a report and recommendation (Doc. 38) that the complaint be dismissed as frivolous and with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff did not object to the report and recommendation. Finding no clear error, abuse of discretion, or legal conclusions contrary to law, the court accepts the report and recommendation (Doc. 38). For the reasons stated in the report, plaintiff's claims against the defendants are dismissed as frivolous and with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

*So ordered by the court on October 23, 2023.*

J. CAMPBELL BARKER
United States District Judge